# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10174−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eagle Roadways, Inc.
   860 King George Road
   Unit 2B
   Fords, NJ 08863

Social Security No.:

Employer's Tax I.D. No.:
   47−4614535

## CERTIFICATION OF NO OBJECTION

     I **Michael Brown**, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Fraudulent Transfer Claim Against Hyundai Capital America Inc. d/b/a Hyundai Motor Finance

Dated: January 4, 2023
JAN: mjb

                                                                 Jeanne Naughton
                                                                 Clerk