# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−10174−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eagle Roadways, Inc.
   860 King George Road
   Unit 2B
   Fords, NJ 08863

Social Security No.:

Employer's Tax I.D. No.:
   47−4614535

## CERTIFICATION OF NO OBJECTION

    I <u>Pamela Fiero</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

To Determine a Lien Held by United States of America, U.S. Small Business Administration.

Dated: February 22, 2023
JAN: pbf

                                                                           Jeanne Naughton
                                                                           Clerk