UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Eagle Roadways, Inc.
Case No: 21-10174/KCF
Straffi v. Solis Tire Services LLC
Adv. Case No: 22-01283/KCF

Case No.: 22-01283/KCF
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____Daniel E. Straffi_____, ____Trustee____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: United States Bankruptcy Court
Office of the Clerk
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on _June 27, 2023_ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. ___2___, _402 East State Street, Trenton, NJ 08608_ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee filed a complaint against Defendant, Solis Tire Services LLC (hereinafter "Solis") to avoid and recover an alleged preferential transfer under §§547, 548 and 550 of the United States Bankruptcy Code. Solis alleged mesne defenses to the Trustee's action and denied liability.

Pertinent terms of settlement: In full settlement, Solis has agreed to pay the bankruptcy estate the sum of $4,250.00 and waives all claims against the estate of whatsoever nature, including under §502(h) of the Code. Said payment will be in full satisfaction of all claims against Solis in the adversary proceeding if and when the Court approves the settlement. The parties will bear their own costs including any attorney's fees and court costs. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation.

Objections must be served on, and requests for additional information directed to:
Name: _Daniel E. Straffi, Esq._
Address: _670 Commons Way, Toms River, NJ 08755_
Telephone No.: _(732) 341-3800_