

**Order Filed on July 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
bktrustee@straffilaw.com
Attorney for Plaintiff/Trustee

In Re:

Eagle Roadways, Inc.

Straffi v. Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, Inc.

Debtor(s).

Case No.: 21-01074/KCF

Adv. No.: 22-01284/KCF

Hearing Date: July 18, 2023 at 10:00 am

Judge: Honorable Kathryn C. Ferguson

## ORDER APPROVING SETTLEMENT

The relief set forth on the following pages, numbered two (2) through _____n/a_____ is hereby **ORDERED**.

**DATED: July 14, 2023**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Pg. 2)
Debtor: Eagle Roadways, Inc.
Case No: 21-10174/KCF

Adv. Case: Straffi v. Straffi v. Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, Inc.
Adv. No: 22-01284/KCF

_____

## ORDER APPROVING SETTLEMENT

Upon consideration of application of Daniel E. Straffi, Esq., Trustee; and creditors having been served with the Notice of Proposed Settlement of Controversy; and the Court having received no objections thereto; and for good cause shown; it is hereby

**ORDERED** as follows:

1. That the proposed settlement set forth in the Notice of Settlement of Controversy attached hereto is hereby approved;

2. That the Trustee is authorized to sign all documents as are necessary to effectuate the settlement; and

3. That the Trustee shall serve a copy of this Order on all parties in interest within five (5) days of the date hereof.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Eagle Roadways, Inc.
Case No: 21-10174/KCF
Straffi v. Wells Fargo Bank, N.A.
Adv. Case No: 22-01284/KCF

Case No.: __22-01284/KCF__
Chapter: ___7___
Judge: ___KCF___

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Daniel E. Straffi_____, ___Trustee___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | United States Bankruptcy Court |
| --- | --- |
| | Office of the Clerk |
| | Clarkson S. Fisher US Courthouse |
| | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on _July 18, 2023_ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. __2__, _402 East State Street, Trenton, NJ 08608_ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: The Trustee filed a complaint against Defendant, Wells Fargo Bank, N.A. (hereinafter "Wells Fargo") to avoid and recover alleged fraudulent transfers under §§544, 548, 550 and 502(d) of the United States Bankruptcy Code. Wells Fargo denied liability and raised defenses to the Trustee's action.

Pertinent terms of settlement: The full terms of settlement of the adversary proceeding are set forth in the Stipulation of Settlement filed with the Clerk of the Court. Wells Fargo has agreed to pay the bankruptcy estate the sum of $4,500.00. Wells Fargo also has agreed to waive all claims against the bankruptcy estate of whatsoever nature, including under §502(h) of the Code. Said payment shall be in full satisfaction of all claims against Wells Fargo in the adversary proceeding. The adversary proceeding shall be dismissed with prejudice, if and when the Court approves the settlement and all the settlement monies have been paid. The parties will bear their own costs including any attorney's fees and court costs. The Trustee believes the settlement is fair and reasonable given the risks and costs of litigation.

Objections must be served on, and requests for additional information directed to:
Name:  _Daniel E. Straffi, Esq._
Address:  _670 Commons Way, Toms River, NJ 08755_
Telephone No.: _(732) 341-3800_

United States Bankruptcy Court
District of New Jersey

In re:  
Eagle Roadways, Inc.  
    Debtor

Case No. 21-10174-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 14, 2023      Form ID: pdf905      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle Roadways, Inc., 860 King George Road, Unit 2B, Fords, NJ 08863-1976 |
| auc | + | AJ Willner Auctions LLC, 81 Hamburg Turnpike, Riverdale, NJ 07457-1167 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson, LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| cr | + | Goldberg & Wolf, 1949 Berlin Road, Suite 201, Cherry Hill, NJ 08003, UNITED STATES 08003-2077 |
| cr | + | Maersk Agency U.S.A., Inc., c/o Bryan D. Press, Esq., Metro Group Maritime, 49 W Mt Pleasant Ave, #2371, Livingston, NJ 07039-7085 |
| cr | + | Mediterranean Shipping Company (USA) Inc., 9701 W. Higgins Road, 6th Fl., Attn: Claudio Bozzo, Rosemont, IL 60018-4703 |
| cr | + | Trend Intermodal Chassis Leasing LLC, 78 John Miller Way, Kearny, NJ 07032-6500 |
| 519069903 | + | Bhupinder Singh, 860 King George Road, Unit 2B, Fords, NJ 08863-1976 |
| 519108218 | + | Boris Kun & Leo Pechyony PTR, 32 Bradford Road, East Brunswick, NJ 08816-4307 |
| 519267553 | + | Bryan D Press, PO BOX 246, FAIR LAWN, NJ 07410-0246 |
| 519141200 | + | Bryan D. Press, Esq., Metro Group Maritime, 49 W. Mount Pleasant Ave., Box #2371, Livingston, NJ 07039-7085 |
| 519141204 | + | Bryan D. Press, Esq., Metro Group Maritime, 49 W. Mount Pleasant Ave., Box 2371, Livingston, NJ 07039-7085 |
| 519141255 | + | Bryan David Press, Metro Group Maritime, 49 W. Mount Pleasant Ave., Box 2371, Livingston, NJ 07039-7085 |
| 519653725 | + | Bryan David Press, Metro Group of New York, Inc., 49 W. Mount Pleasant Ave., Box 2371, Livingston, NJ 07039-7085 |
| 519267573 | + | Bryan David Press, PO BOX 246, FAIR LAWN, NJ 07410-0246 |
| 519069904 | + | Chase Bank, 370 New Brunswick Avenue, Attn Bank Levies, Ford, NJ 08863-2141 |
| 519069906 | + | Chase Bank - EIDL, 370 New Brunswick Avenue, Attn Bank Levies, Ford, NJ 08863-2141 |
| 519138524 | + | Evergreen Shipping Agency, Miles Corp., 3050 West Clay Street, Suite 300, Saint Charles, MO 63301-1126 |
| 519138523 | + | Evergreen Shipping Agency, 1 Evertrust Plaza, Jersey City, NJ 07302-3085 |
| 519115530 | + | Gadi Dotz, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 519150109 | + | Global Merchant Cash Inc., 64 Beaver Street, Suite 415, New York, NY 10004-2508 |
| 519069908 | + | Global Merchant Cash, Inc., 30 Broad Street, 14th Floor, New York, NY 10004-2906 |
| 519140191 | + | Goldberg & Wolf, 1949 Berlin Road, Ste 201, Cherry Hill, NJ 08003-2077 |
| 519150854 | #+ | Hapag-Lloyd (America) LLC, 399 Hoes Lane, Piscataway, NJ 08854-4115 |
| 519069909 | + | Interpool, Inc. d/b/a TRAC Intermodal, 211 College Road East, Princeton, NJ 08540-6610 |
| 519069910 | + | LG Funding LLC, 1218 Union Street, Suite 2, Brooklyn, NY 11225-1512 |
| 519069913 | + | MSC Mediterranean Shipping Company, 700 Watermark Blvd, Mount Pleasant, SC 29464-5729 |
| 519069911 | | Maersk Line, Maersk Agency USA, Inc., 9300 Arrowpoint Boulevard, Charlotte, NC 28273-8136 |
| 519069912 | | Middlesex County Superior Court, Law Division, 56 Paterson Street, 3rd Floor, PO Box 1146, New Brunswick, NJ 08903-1146 |
| 519150853 | + | Milestone, Miles Corp., 3050 West Clay Street, Suite 300, Saint Charles, MO 63301-1126 |
| 519150855 | | New York Department of, Taxation & Finance, Audit Div-Desk Audit, WA Harriman Campus, Albany, NY 12227-0001 |
| 519138526 | + | Ocean Network Express, 8730 Stony Point Pkwy, Richmond, VA 23235-1970 |
| 519138527 | + | Ontime Distribution, Inc., c/o MD Ahsan Habib, Esq., 3561 DeKalb Ave. #11, Bronx, NY 10467-1154 |
| 519069914 | + | Peter J Gallagher, FERRO LABELLA & WEISS, LLC, 27 Warren Street, Hackensack, NJ 07601-8916 |
| 519069916 | + | Santander Bank, NA, 555 High Street, Unit 2, Mount Holly, NJ 08060-1062 |
| 519150110 | | Seven Oaks Capital Associates LLC 7854, Anselmo Lane, Baton Rouge, LA 70810 |
| 519143803 | + | Shanna M. Kaminski, 40950 Woodward Ave., Ste. 100, Bloomfield Hills, MI 48304-5124 |
| 519552248 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 519069917 | + | Superior Court of New Jersey, Burlington County Law Division, 49 Rancocas Road, Mount Holly, NJ 08060-1384 |
| 519150111 | | US Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 14, 2023 | Form ID: pdf905 | Total Noticed: 60 |

| | | |
|---|---|---|
| 519069918 | + | Wall Funding, 30 Broad Street, 14th Floor, New York, NY 10004-2906 |
| 519069919 | + | Yes Lender, LLC, 99 Wall Street, Suite 686, New York, NY 10005-4301 |
| 519138529 | + | ZIM, American Integrated Shipping Services, 1110 S Avenue, Suite 404, Staten Island, NY 10314-3411 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Jun 14 2023 21:03:00 | A. Atkins Appraisal Company, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 14 2023 21:04:00 | Hyundai Capital America d/b/a Hyundai Motor Financ, PO Box 20809, Fountain Valley, CA 92728-0809 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 14 2023 21:03:00 | SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A., c/o Saldutti Law Group, 1040 Kings Highway N Suite 100, Cherry Hill, NJ 08034-1925 |
| 519150108 | + | Email/Text: CSCBNC@cscglobal.com | Jun 14 2023 21:03:00 | CSC, 801 Adlai Stevenson Drive, Springfield, IL 62703-4261 |
| 519150107 | + | Email/Text: Bankruptcynotice@cscglobal.com | Jun 14 2023 21:03:00 | Corporation Service Company, PO Box 2576, Springfield, IL 62708-2576 |
| 519069907 | | Email/Text: jan.faulkner@dcli.com | Jun 14 2023 21:02:00 | Direct Chassislink, Inc., 3525 Whitehall Park Drive, Suite 400, Charlotte, NC 28273 |
| 519076591 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 14 2023 21:03:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519069905 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2023 21:12:45 | Chase Bank - Corporate Office, Attn: Bank Levies, PO Box 182051, Columbus, OH 43218 |
| 519138522 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 14 2023 21:12:25 | Chase Card, PO Box 6294, Carol Stream, IL 60197 |
| 519112686 | + | Email/Text: RASEBN@raslg.com | Jun 14 2023 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519163349 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 14 2023 21:04:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 519109027 | + | Email/Text: rmcdowell@slgcollect.com | Jun 14 2023 21:03:00 | Santander Bank, N.A., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519269115 | + | Email/Text: DeftBkr@santander.us | Jun 14 2023 21:03:00 | Santander Bank, N.A., 450 Penn Street, MC: PA-450-FB1, Reading, PA 19602-1011 |
| 519313604 | + | Email/Text: ndlrc.legal@sba.gov | Jun 14 2023 21:03:00 | U.S. Small Business Administration, 200 W. Santa Ana Blvd., Ste 740, Santa Ana, CA 92701-7534 |
| 519196168 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 17

# BYPASSED RECIPIENTS

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: pdf905 | Total Noticed: 60 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519462763 | *+ | Bryan David Press, PO BOX 246, FAIR LAWN, NJ 07410-0246 |
| 519138525 | *+ | MSC Mediterranean Shipping Company, 700 Watermark Blvd., Mount Pleasant, SC 29464-5729 |
| 519245911 | ##+ | Complete Business Solutions Group, Inc., 20 N. 3rd Street, Philadelphia, PA 19106-2118 |
| 519150106 | ##+ | Complete Business Solutions Group, Inc., 22 North 3rd Street, Philadelphia, PA 19106-2113 |
| 519069915 | ##+ | Robert L Saldutti, Esquire, SALDUTTI LAW GROUP, 800 N Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 519138528 | ##+ | Yang Ming (America) Corporation, 13131 Dairy Ashford Road, Suite 300, Sugal Land, TX 77478-4531 |

TOTAL: 0 Undeliverable, 2 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron M. Bender | on behalf of Defendant Wells Fargo Bank  N.A. d/b/a Wells Fargo Home Mortgage, Inc. abender@reedsmith.com, ltiggett@reedsmith.com |
| Bryan D. Press | on behalf of Creditor Maersk Agency U.S.A.  Inc. bpress1984@gmail.com |
| Bryan D. Press | on behalf of Creditor Mediterranean Shipping Company (USA) Inc. bpress1984@gmail.com |
| Bryan D. Press | on behalf of Creditor Ocean Network Express (NA) Inc. bpress1984@gmail.com |
| Bryan D. Press | on behalf of Auctioneer AJ Willner Auctions LLC bpress1984@gmail.com |
| Christopher B. Turcotte | on behalf of Defendant JPMorgan Chase Bank  N.A. cturcotte@cbtlaw.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Appraiser A. Atkins Appraisal Company bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Auctioneer AJ Willner Auctions LLC bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Plaintiff Daniel E. Straffi  Trustee bktrustee@straffilaw.com, G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Donald W Clarke | on behalf of Creditor Trend Intermodal Chassis Leasing LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2023 | Form ID: pdf905 | Total Noticed: 60 |

Donald W Clarke
    on behalf of Defendant Trend Intermodal Chassis Leasing LLC dclarke@genovaburns.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com

Eamonn O'Hagan
    on behalf of Defendant United States of America  U.S. Small Business Administration eamonn.ohagan@usdoj.gov

John R. Morton, Jr.
    on behalf of Creditor Hyundai Capital America d/b/a Hyundai Motor Finance ecfmail@mortoncraig.com mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kirsten B. Ennis
    on behalf of Defendant Solis Tire Services LLC pacerecf@ennislegal.com  r53278@notify.bestcase.com,kennis@jubileebk.net

Margaret Mcgee
    on behalf of Auctioneer AJ Willner Auctions LLC maggie.mcgee@usdoj.gov

Margaret Mcgee
    on behalf of U.S. Trustee U.S. Trustee maggie.mcgee@usdoj.gov

Paul Rubin
    on behalf of Defendant American Express Company prubin@rubinlawllc.com  hhuynh@rubinlawllc.com

Paul Rubin
    on behalf of Defendant American Express Travel Related Services Company  Inc. prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

Peter Gallagher
    on behalf of Auctioneer AJ Willner Auctions LLC pgallagher@ferrolabella.com

Peter Gallagher
    on behalf of Creditor Interpool  Inc. d/b/a Trac Intermodal pgallagher@ferrolabella.com

Rebecca K. McDowell
    on behalf of Auctioneer AJ Willner Auctions LLC rmcdowell@slgcollect.com  anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Creditor SANTANDER BANK  N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Richard D. Trenk
    on behalf of Defendant Fieldstone Properties I  LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of 3rd Party Plaintiff Fieldstone Properties I  LLC rtrenk@trenkisabel.law, cdeangelis@trenkisabel.law

Simon E. Fraser
    on behalf of Defendant Hapag-Lloyd America LLC sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;sshidner@cozen.com

Steven J Sico
    on behalf of Auctioneer AJ Willner Auctions LLC sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

Steven J Sico
    on behalf of 3rd Pty Defendant Bhupinder Singh sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

Steven J Sico
    on behalf of Defendant Bhupinder Singh sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

Steven J Sico
    on behalf of Debtor Eagle Roadways  Inc. sjs@stevensico.com, stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Warren S. Wolf
    on behalf of Creditor Goldberg & Wolf wwolf@goldbergwolf.com

Warren S. Wolf
    on behalf of Auctioneer AJ Willner Auctions LLC wwolf@goldbergwolf.com

TOTAL: 35