**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Former Chapter 7 Trustee

_____

| | |
|---|---|
| In re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| | ) |
| Egle Roadways Inc. | ) Chapter 7 Proceeding |
| | ) Case No. 21-10174/MEH |
| | ) |
| | ) **NOTICE OF MOTION TO REOPEN CASE** |
| Debtor. | ) |
| | ) Hearing Date: May 14, 2025 at 10:00 am |
| _____ | ) **ORAL ARGUMENT WAIVED** |

To: All parties on annexed mailing list

**PLEASE TAKE NOTICE** that on May 14, 2025 at 10:00 a.m. or as soon as possible thereafter, Daniel E. Straffi, former Chapter 7 Trustee for debtor, shall move before the Honorable Mark Edward Hall, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey for the entry of an Order reopening the within case; and

**PLEASE TAKE FURTHER NOTICE** that the movant shall rely upon the attached Certification. No brief is submitted since no unique question of law exists; and

**PLEASE TAKE FURTHER NOTICE** that the undersigned waives oral argument and consents to a disposition on the papers; and

**PLEASE TAKE FURTHER NOTICE** that if any party objects to this motion, a written objection must be filed with the Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08618, with a copy served upon the undersigned Attorney for

Debtor. <u>All such objections must be filed not later than seven (7) days before the above hearing date</u> or such other time as the Court may direct; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is enclosed.

Dated: 4/10/25

/s/ Daniel E. Straffi
_____
Daniel E. Straffi, Esq.

US Trustee's Office
One Newark Center
Suite 2100
Newark, NJ 07102

Eagle Roadways, Inc.
860 King George Road
Unit 2B
Fords, NJ 08863
(Debtor)

Steven J. Sico, Esq.
235 Main Street
Woodbridge, NJ 07095
(Attorney for Debtor)

Bryan D. Press, Esq.
PO Box 246
Fair Lawn, NJ 07410
Attn: Bryan D. Press, Esq.
(Attorney for Creditor)

Goldberg & Wolf, LLC
1949 Berlin Road
Suite 201
Cherry, Hill, NJ 08003
Attn: Warren S. Wolf, Esq.
(Attorney for Creditor)

Ferro Labella & Weiss LLC
27 Warren Street, Suite 201
Hackensack, NJ 07601
Attn: Peter J. Gallagher, Esq.
(Attorney for Creditor)

United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102
Attn: Maggie McGee, Esq.

Saldutti Law Group
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
Attn: Rebecca K. McDowell, Esq.
(Attorney for Creditor)

Morton & Craig, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
Attn: John R. Morton, Jr.
(Attorney for Hyundai Capital America
d/b/a Hyundai Motor Finance)

Genova Burns LLC
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
Attn: Donald W. Clarke, Esq.
(Attorney for Trend Intermodal Chassis Leasing LLC)

Cadles of West Virginia LLC
Attn: 0A580072
100 North Center Street
Newton Falls, OH 44444
Attn: Michael Bowman, Account Officer
(Creditor)