**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Former Chapter 7 Trustee

Daniel E. Straffi

| | |
|---|---|
| In Re: | ) UNITED STATES BANKRUPTCY COURT |
| | ) FOR THE DISTRICT OF NEW JERSEY |
| | ) |
| Eagle Roadways Inc. | ) Chapter 7 Proceeding |
| | ) Case No. 21-10174/MEH |
| | ) |
| | ) **CERTIFICATION IN SUPPORT OF** |
| Debtor. | ) **MOTION TO REOPEN CASE** |
| | ) |
| | ) Hearing Date: May 14, 2025 at 10:00 am |
| | ) **ORAL ARGUMENT WAIVED** |

Daniel E. Straffi, being of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey and former Chapter 7 Trustee for the debtor.

2. I make this Certification in support of the motion for entry of an order permitting the bankruptcy case of Eagle Roadways, Inc., debtor to be reopened.

3. The debtor's petition was filed on January 11, 2021 under Chapter 7 of the Bankruptcy Code. The case was converted to Chapter 7 on March 18, 2021.

4. The bankruptcy case was closed and a Final Decree issued on January 13, 2025.

5. On April 3, 2025, I received the attached checks from the United States Treasury in the respective sums of $5,125.39 and $14.86.

6. These checks represent refunds for Form 2290, Federal Excise Tax for the tax period ending on July 1, 2018, copy annexed.

7. The bankruptcy case needs to be reopened so that the Trustee can undertake a distribution to creditors from these funds.

8. I hereby certify that all of the above statements by me are true. I am aware that if any of the above statements by me are willfully false, I am subject to punishment.

Dated: 4/10/25

_____
Daniel E. Straffi

United States Treasury  15-51/000    B 537,775,330

04 01 25  20091700  KANSAS CITY, MO    Check No.
0008942218283  4045 64143331 I    4045 64143331
                                    202507617000000

Pay to
the order of  EAGLE ROADWAYS INC
              %DANIEL E STRAFFI ESQ
              670 COMMONS WAY
              TOMS RIVER NJ 08755 6431        $****5125*39

                                              VOID AFTER ONE YEAR

EAGL  CINCIN  07/2018  F-2290 REF  60
              152.18 INT 165 DAYS

                                      Nora S. Robinson
                                      REGIONAL DISBURSING OFFICER

005318

⑃"40458"⑃  ⑈:00000058⑈:  64743331"⑈  0504 25






| | |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0038 | **Notice** CP138<br>**Tax period** July 1, 2018<br>**Notice date** March 31, 2025<br>**Employer ID number** <br>**To contact us** Phone 800-829-0115<br>**Page 1 of 1** |



004095.659516.430821.25470 1 AB 0.593 372

004095

EAGLE ROADWAYS INC
% DANIEL E STRAFFI ESQ
670 COMMONS WAY
TOMS RIVER NJ 08755-6431

*RECEIVED APR 03 2025 Straffi & Straffi*

We applied your Form 2290 overpayment to other tax you owe

# Refund due: $4,973.21

You overpaid $5,820.55 on your Form 2290, Federal Excise Tax, for the tax period ending July 1, 2018.

The table below explains where we applied your overpayment.

### Summary

| | |
|---|---:|
| Overpayment | $5,820.55 |
| Amount applied to other taxes | 847.34 |
| **Refund due** | **$4,973.21** |

### What you need to do

You don't need to do anything.

### Where we applied your overpayment

| Form | Tax period ending | Taxpayer ID number | Overpayment applied |
|---|---|---|---|
| Form 2290 | July 1, 2020 | 47-4614535 | 847.34 |

### Next steps

If you indicated on your return that you want us to refund an overpayment or apply it to the next tax period, we will follow those instructions.

If you didn't indicate on your return what you want us to do with an overpayment, we will send you a refund.

If you haven't already received a refund for $4,973.21, you should receive it within 4-6 weeks as long as you don't owe any other federal debts we're required to collect.

### Additional information

- Visit www.irs.gov/cp138.
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax year and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.